IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL E. FLOURNOY,

    Plaintiff,

v.

WINNEBAGO COUNTY SHERIFF'S
OFFICE, *et al.*

    Defendants.

ORDER

Case No. 14-cv-528-jdp

    Plaintiff Michael E. Flournoy, a prisoner in the custody of the Federal Bureau of Prisons, has filed a proposed civil complaint, but has neither paid the filing fee nor requested leave to proceed without prepayment. For this case to proceed, plaintiff must pay the $400 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 21, 2014.

    A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2). If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Michael E. Flournoy may have until August 21, 2014 to submit the $400 filing fee or a motion for leave to proceed without prepayment and a

trust fund account statement for the period beginning approximately January 28, 2014 and ending approximately July 28, 2014. If, by August 21, 2014, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 30th day of July, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge