IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL E. FLOURNOY,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

                                                    Case No. 14-cv-528-jdp

v.

WINNEBAGO COUNTY SHERIFF'S OFFICE,
ROBERT BOB BAUDELIO JUANEZ, LARRY
MARINO, DANIEL FREEDLUND, PETER
DALPRA, JOSEPH BOOMER, BRAD KISER,
IASPARRO DOMINC, CUNNINGHAM NICK,
JULIE DODD, NEAL C. GRUHN, WAYNE
JACKOWSKI, CRAIG SMITH, ADAM KING,
JOHN D. RICHARDSON, and DAN IVANCICH,

    Defendants.

---

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Michael E. Flournoy's complaint, in its entirety, for failure to state a claim upon which relief can be granted.

/s/                                                                         March 10, 2015

Peter Oppeneer, Clerk of Court                                   Date