UNITED STATES DISTRICT COURT FOR

WESTERN DISTRICT OF WISCONSIN

Mr. Flournoy, Michael E.,   Plaintiff,

V.                           14-cv-528-pdp

WINNEBAGO COUNTY; WINNEBAGO COUNTY SHERIFF'S POLICE/OFFICE; ROBERT BOB BAUDELIO JUANEZ; LARRY MARINO; DANIEL FREEDLUND; PETER DALPRA; JOSEPH BOOMER; BRAD KISER; DOMINIC IASPARRO; NICK CUNNINGHAM; JULIE DODD; NEAL C. GRUHN; WAYNE JACKOWSKI; CRAIG SMITH; ADAM KING; JOHN D. RICHARDSON; DAN IVANCICH, Defendant(s).

NOTICE OF APPEALS

Notice is hereby given that Plaintiff, Mr. Flournoy, Michael E., Pro-se, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the finial order/judgment dismissing his suit, entered in this action on the 27th day of March, 2015.

1. The order appealed is a final and appealable order and provides that Plaintiff be denied his statutory right to be afforded Full Faith and Credit to the State of Illinois Court Order and meaning. The District Court further, without authority or jurisdiction to do so, rejected and changed the meaning of the relevant Illinois statute(s), from which the Plaintiff complained of in reaching its factually and legally erroneous conclusion.

2. This appeal is made to the United States Court of Appeals for the Seventh Circuit from the finial order entered by this WESTERN DISTRICT COURT OF WISCONSIN, District Judge James D. Peterson presiding.

3. Plaintiff respectfully request to be appointed legal counsel for this appeal.

STATEMENT

Plaintiff has been denied his constitutional First Amendment right to petition the Court and GRIEVANCE, by and through the courts refusal to adhear to the Superior Courts instruction for determining the preclusive effect of judgements in this circuit. The court has been called over and again to abandoned its practice of changing the meaning of Illinois statutory meaning of its order.

While making note of Plaintiffs reliance on "Illinois statutes and the Rooker-Feldman doctrine", for a controlling Illinois law matter, this court has used Wisconsin and Indiana findings, based on their state(s) law to deny statutory relief to the plaintiff's Illinois suit.

Respectfully submitted,

/s/: Mr. Flournoy, Michael E. (Pro-Se) #44862-424

*Mr. Flournoy, Michael E. 3-31-15*

FCI OXFORD, P.O. BOX 1000, OXFORD, WI. 53952